IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00065-PSF

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROOSEVELT GRAY, a/k/a GRAY ROOSEVELT,

        Defendant.

_____

**ORDER GRANTING MOTION TO DISCLOSE GRAND JURY MATERIAL**

_____


        This matter comes before the Court on the Government's Motion to Disclose

Grand Jury Material to Defendant (Dkt. # 14), pursuant to F.R.Crim.P. 6(e)(3)(E)(I).

Having reviewed the motion and being otherwise advised in the premises, the Court

finds that good and sufficient cause supports the same.  It is, therefore,

        ORDERED that the Government's motion is granted, and that Grand Jury

testimony and Grand Jury exhibits may be disclosed to the defendant and defendant's

attorney in the course of discovery in this case.  It is further

        ORDERED that such materials shall only be used in defending this case; that

such materials shall be disclosed only to the defendant and counsel for the defendant;

that the defendant's attorney shall maintain custody of such materials, and shall not

reproduce or disseminate the same; and that such materials shall be returned to the

United States at the end of the case.

DATED: March 16, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge